

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. CR 11-94-JO |
| v. | INDICTMENT |
| RONDA FAY FRASER, | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| Defendant. | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B) and 853 |
| | 26 U.S.C. § 5861(d) |
| | **UNDER SEAL** |

THE GRAND JURY CHARGES:

**Count 1:**
[Felon in Possession of a Firearm]

On or about July 29, 2010, in the District of Oregon, **RONDA FAY FRASER**, defendant herein, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

Page 1        Indictment

    A.    Identity Theft, on or about November 20, 2000, in the Circuit Court of the State of Oregon for the County of Washington, Case Number C001578CR;

    B.    Possession of a Controlled Substance (methamphetamine), on or about February 5, 2000, in the Circuit Court of the State of Oregon for Washington County, Case Number C991878CR;

    C.    Theft in the First Degree, on or about January 20, 2000, in the Circuit Court of the State of Oregon for the County of Washington, Case Number C993775CR; and,

    D.    Possession of a Controlled Substance (methamphetamine), on or about December 29, 1999, in the Circuit Court of the State of Oregon for the County of Washington, Case Number C993449CR,

did knowingly and unlawfully possess a firearm, to-wit: Bryco Model 38, .380 caliber handgun, Serial Number 010955, which had previously been transported in interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Count 2:
### [Felon in Possession of a Firearm]

On or about July 27, 2010, in the District of Oregon, **RONDA FAY FRASER**, defendant herein, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

    A.    Identity Theft, on or about November 20, 2000, in the Circuit Court of the State of Oregon for the County of Washington, Case Number C001578CR;

///

///

Page 2    Indictment

B.  Possession of a Controlled Substance (methamphetamine), on or about February 5, 2000, in the Circuit Court of the State of Oregon for Washington County, Case Number C991878CR;

C.  Theft in the First Degree, on or about January 20, 2000, in the Circuit Court of the State of Oregon for the County of Washington, Case Number C993775CR; and,

D.  Possession of a Controlled Substance (methamphetamine), on or about December 29, 1999, in the Circuit Court of the State of Oregon for the County of Washington, Case Number C993449CR,

did knowingly and unlawfully possess a firearm, to-wit: Intratec, Model Tec 22, .22 caliber handgun, Serial Number 026605, which had previously been transported in interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count 3:
### [Unlawful Possession of an Unregistered Firearm]

On or about July 24, 2010, in the District of Oregon, **RONDA FAY FRASER**, defendant herein, did knowingly and intentionally possess a firearm, as defined in Title 26, United States Code, Section 5845(a), to-wit: a Sten, MK II, 9mm Luger caliber machinegun, with a housing stamp of FL32721, which had not been registered to her in the National Firearms Registration and Transfer Record as required by Title 26, United States Code, Section 5841; all in violation of Title 26, United States Code, Section 5861(d).

### Count 4:
### [Distribution of Methamphetamine]

On or about July 17, 2010, in the District of Oregon, **RONDA FAY FRASER,** defendant herein, did knowingly and intentionally distribute five grams or more of methamphetamine

Page 3        Indictment

(actual), a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### Count 5:
### [Distribution of Methamphetamine]

On or about July 13, 2010, in the District of Oregon, **RONDA FAY FRASER,** defendant herein, did knowingly and intentionally distribute five grams or more of methamphetamine (actual), a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### Criminal Forfeiture Allegation:
### [Narcotics Offense]

Upon conviction of a controlled substance offense listed above in Counts 4 and 5, **RONDA FAY FRASER**, defendant herein, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

DATED this 24 day of February 2011.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:
DWIGHT C. HOLTON, OSB # 09054
United States Attorney

SCOTT M. KERIN, OSB # 965128
Assistant United States Attorney

Page 4         Indictment